# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

November 16, 2020

*Via ECF*

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

Re:  *United States v. Kaseem Kidd,* 20 Cr. 426 (LAK)

Honorable Judge Kaplan:

With the consent of the Government, I write to respectfully request that the Court adjourn the pretrial conference presently calendared for Wednesday, November 18, 2020. The parties have reached a resolution of the matter and are scheduling a change of plea hearing before a United State Magistrate.

I have discussed this request with opposing counsel, Ms. Marguerite Colson, who consents to it on behalf of the Government. The defense consents to the exclusion of time until the change of plea hearing from Speedy Trial Act calculation.

Thank you for considering this request.

Respectfully submitted,

Christopher A. Flood
Assistant Federal Defender
Tel.: (212) 417-8734

cc:   Marguerite Colson, AUSA (by Email)

MEMO ENDORSEMENT
Application granted. The 11/10/2020 pretrial conference is adjourned until 12/16/2020 at 9:00 AM by telephone conference unless a change of plea hearing has been held previously, in which case no conference will be held. Time from to day through and including 12/16/2020 is excluded from speedy trial calculations in the interests of justice in order to allow the parties time for a change of plea hearing to be held before the magistrate.

So Ordered: _____

Date: 11/16/2020