UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
                                                                           :
UNITED STATES OF AMERICA     :
                                                                           :
              - v. -                        :
                                                                         :    20 Cr. 426 (LAK)
KASEEM KIDD,                       :
                                                                           :
           Defendant.               :
                                                                             :
------------------------------ x

## ORDER ACCEPTING THE PLEA ALLOCUTION
## BEFORE A UNITED STATES MAGISTRATE JUDGE

Kaplan, J.:

       On December 22, 2020, United States Magistrate Judge Barbara C. Moses, presided over the plea allocution in the above-captioned matter and reported and recommended that the named defendant's plea of guilty be accepted. The Court having reviewed the transcript of the allocution, the charging papers, and all other pertinent parts of the record, finds that the plea accords with the requirements of Rule 11 of the Federal Rules of Criminal Procedure. Accordingly, the Court adjudges the defendant guilty of the offense to which the guilty plea was offered. The Clerk is directed to enter the plea.

Dated:      New York, New York
                  2/3, 2021

                                                           HONORABLE LEWIS A. KAPLAN
                                                           CHIEF UNITED STATES DISTRICT JUDGE
                                                           SOUTHERN DISTRICT OF NEW YORK