UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

  -against-                                                          20-CR-426 (LAK)

Kaseem, Kidd,

                      Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

<u>Order</u>

        The sentencing hearing regarding defendant Kaseem Kidd is rescheduled for March 10, 2022 at 3:00 PM in Courtroom 21B.  The defendant's sentencing submission is due by February 17, 2022.  The Government sentencing submission is due by February 24, 2022.  Counsel should be prepared to address Pretrial Services' 3rd violation memorandum at sentencing

Dated: January 27, 2022

                                                         /s/
                                          Lewis A. Kaplan
                                     United States District Judge