# Federal Defenders
## OF NEW YORK, INC.

**MEMO ENDORSED**

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

**BY ECF**

August 13, 2025

Hon. Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: United States v. Kaseem Kidd 20-CR-426 (LAK)**

Dear Judge Kaplan,

The Defense writes to request a temporary modification of Mr. Kidd's pretrial release conditions to allow for travel to Florida from August 25, 2025 to August 30, 2025 in order to attend a family reunion. Mr. Kidd will reside at his mother's address while in Florida.

Undersigned counsel has communicated with the assigned Assistant United States Attorney, Mathew Andrews, regarding this request and the government does not oppose this temporary modification.

Although Pretrial indicates that "For individuals subject to location monitoring, per policy, we object to any overnight travel[,]" undersigned counsel is not aware of any specific concerns regarding Mr. Kidd's compliance with Pretrial. In fact, the Court has previously granted a request for Mr. Kidd to travel to Florida to visit family without incident. *See* ECF No. 24.

Respectfully submitted,

/s/ Mitchell Schwartz
Mitchell E. Schwartz
Assistant Federal Defenders
Federal Defenders of New York
52 Duane Street, 10th Floor
New York, NY 10007

Granted
SO ORDERED
8/13/25