USDC SDNY
DOCUMENT
ELECTRONICALLY FILE
DOC #: _____
DATE FILED: 1-21-26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------

UNITED STATES OF AMERICA          :          **PROPOSED ORDER**
                                             **20 Cr. 426 (LAK)**
          - v -                    :

KASEEM KIDD,                       :

          Defendant.              :

-----------------------------------x

Upon the consent of the parties, it is hereby

**ORDERED** that the Bail Conditions in this matter be modified to allow for Mr. Kidd to travel to and from New Jersey for the sole purpose of appearing in his state court matter. Pretrial must be informed of any court dates at least 48 hours in advance.

Dated:   New York, New York          **SO ORDERED:**
          January 21, 2026

                                     _____
                                     HONORABLE LEWIS A. KAPLAN
                                     United States District Judge